FILED

08 MAY -7 PM 4: 14

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1455 BEN |
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Attempted Transportation of Illegal Aliens and Aiding and Abetting |
| ARA E. AVETYANTS (1), ASHOT BARSEGIAN (2), ARSEN GRISHAI MOTIVOSYAN (3), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including April 26, 2008, within the Southern District of California, and elsewhere, defendants ARA E. AVETYANTS, ASHOT BARSEGIAN and ARSEN GRISHAI MOTIVOSYAN, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to transport and move, illegal aliens within the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), (v)(I).

//

WMC:fer:San Diego
5/6/08

<u>Count 2</u>

On or about April 26, 2008, within the Southern District of California, defendants ARA E. AVETYANTS, ASHOT BARSEGIAN and ARSEN GRISHAI MOTIVOSYAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ara Hakobyan, had come to, entered and remained in the United States in violation of law, did attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney