FILED

08 MAY -7 PM 4:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1455 BEN |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| ARA E. AVETYANTS (1),<br>ASHOT BARSEGIAN (2),<br>ARSEN GRISHAI MOTIVOSYAN (3), | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Grant Yeroomian, et al.</u>, Criminal Case No. 08CR1167-BEN.

DATED: May 7, 2008.

KAREN P. HEWITT
United States Attorney

/s/ W. Mark Conover

W. MARK CONOVER
Assistant U.S. Attorney