LAW OFFICE OF
GARO B. GHAZARIAN
Cal Bar. No. 152790
15915 Ventura Blvd, Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)9056481
E-mail: gbglaw@sbcglobal.net



# UNITED STATES DISTRICT COURT
## Southern District of California (San Diego)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ARA E. AVETYANTS,<br>Defendant. | * * * * * * * * | REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY<br><br><br>Case No. 2:08-CR-1455 BEN |

ARA E. AVETYANTS, the defendant in the above-entitled matter, hereby request the Court to approve the substitution of GARO B. GHAZARIAN, as attorney of record in place and stead of JULIE A. BLAIR.

Dated: 5-12-08

_____
ARA E. AVETYANTS

I have given proper notice to the above substitution.

Dated: 5/12/08

_____
JULIE A. BLAIR

I am duly admitted to practice law in the Central and Eastern districts of California.

Dated: 5/12/08

_____
GARO B. GHAZARIAN