

LAW OFFICE OF
GARO B. GHAZARIAN
Cal Bar. No. 152790
15915 Ventura Blvd, Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)9056481
E-mail: gbglaw@sbcglobal.net

# UNITED STATES DISTRICT COURT
## Southern District of California (San Diego)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ARA E. AVETYANTS<br>Defendant. | * * * * * * * * | ORDER ON REQUEST FOR<br>APPROVAL OF SUBSTITUTION OF<br>ATTORENY<br><br>Case No. 2:08-CR-01455-BEN |

The Court hereby orders that the request of ARA E. AVETYANTS, the defendant in the above-entitled matter, to substitute GARO B. GHAZARIAN, Cal Bar. No. 152790, 15915 Ventura Blvd, Suite 203, Encino, California 91436, Tel: (818) 905-6484, Fax: (818) 905-6481, E-mail: gbglaw@sbcglobal.net, as attorney of record in place and stead of JULIE A. BLAIR, be GRANTED.

Dated: 5-13-08

THE HONORABLE NITA L. STORMES
U. S. DISTRICT COURT MAGISTRATE JUDGE