```
 1  NED LYNCH--CA ST. BAR NO. 149680
    Attorney At Law
 2  110 West C Street, Suite 1407
    San Diego, CA 92101
 3  Telephone: 619-525-0081

 4  Attorney for the Material Witness
```

## United States District Court

## Southern District of California

(Hon. Nita L. Stormes)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1455BEN(NLS) |
|---|---|---|
| Plaintiff, | ) | **Notice Of Motion And Motion To Take The Videotaped Deposition Of A Material Witness And Thereafter Release Him From Custody** |
| v. | ) | |
| ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN, | ) | Date:  June 12, 2008 |
| | ) | Time:  9:30 a.m. |
| Defendant(s). | ) | Judge: Nita L. Stormes |
| | ) | Room: F |

### Notice Of Hearing

On June 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, material witness Ara Hakobyan [the "Material Witness"] by and through his counsel, Attorney Ned Lynch, will bring a motion for a court order to conduct videotaped deposition of the Material Witness. This motion will be heard by Hon. Nita L. Stormes in Courtroom F of the U.S. District Court for the Southern District of California.

### Motion

The Material Witness, by and through his counsel, Ned Lynch, and pursuant to Federal Rules of Criminal Procedure 15 and 18 U.S.C. § 3144, move this court for an order to take his videotaped deposition and thereafter release him from custody at the conclusion of the deposition for his return to his home country.

1       This motion is based upon this notice, the memorandum of points and authorities filed in
2   support of this motion, the declaration of Attorney Ned Lynch, the files and records in the cases
3   noted above, and any and all other evidence and arguments that may be brought to the court's
4   attention prior to or during the hearing on this motion.

6   Dated: May 18, 2008　　　　　　　　　　　s/Ned Lynch
　　　　　　　　　　　　　　　　　　　　　　　Ned Lynch, attorney for the Material Witness
7 　　　　　　　　　　　　　　　　　　　　　　E-mail: nedlynch@aol.com