1  KAREN P. HEWITT
   United States Attorney
2  Rebecca Kanter
   Assistant U.S. Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6747 / Fax: (619) 235-2757
   Email: Rebecca .Kanter@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   Criminal Case No. 08cr1455-BEN
                                        )
12 |                    Plaintiff,      )
                                        )   NOTICE OF APPEARANCE
13 |         v.                         )
                                        )
14 | Ara E. Avetyants, Ashot Barsegian, and )
   | Arsen Grishai Motivosyan           )
15 |                    Defendants.     )
                                        )
16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19     I certify that I am admitted to practice in this court or authorized to practice under CivLR

20 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24 activity in this case:

25     <u>Name</u> (If none, enter "None" below)

26     None.

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u> (If none, enter "None" below)
6 | None.
7 | Please call me if you have any questions about this notice.
8 | DATED: May 20, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Rebecca S. Kanter*
REBECCA S. KANTER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Rebecca.Kanter@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                        Plaintiff,           )<br>                                                            )<br>            v.                                          )<br>                                                            )<br>Ara E. Avetyants, Ashot Barsegian, and )<br>Arsen Grishai Motivosyan              )<br>                                                            )<br>                        Defendant.        )<br>_____ ) | Criminal Case No. 08cr1455-BEN<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Garo Ghazarian
   2. Jodi Thorp

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 20, 2008             /s/ *Rebecca S. Kanter*
                                                         REBECCA S. KANTER
                                                         Assistant U.S. Attorney