LAW OFFICE OF
GARO B. GHAZARIAN
Ca. State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-1455 BEN |
| Plaintiff, ) | |
| ) | **Motion to Join Co-defendant's** |
| v. ) | **Notice of Objection To Release** |
| ) | **of Material Witness and** |
| ARA E. AVETYANTS (1), ) | **Motion to Detain Same** |
| Defendant. ) | |
| _____) | **Date: June 12, 2008** |
| | **Time:  9:30 A.M.** |

    TO: THE HONORABLE ROGER T. BENITEZ, UNITED STATES DISTRICT COURT JUDGE; REBECCA KANTOR, ASSISTANT UNITED STATES ATTORNEY; NED LYNCH, ATTORNEY FOR THE MATERIAL WITNESS:

    Defendant ARA E. AVETYANTS by and through his counsel of record, GARO B. GHAZARIAN, hereby joins defendant ASHOT BARSEGIAN's Notice of Objection to Release of Material Witness and Motion To Detain Same filed on May 29, 2008.

Dated: June 5, 2008                  Respectfully submitted,

                                             /s/ Garo Ghazarian
                                        Garo B. Ghazarian
                                        Attorney for Defendant
                                        ARA E. AVETYANTS