1 | NED LYNCH--CA ST. BAR NO. 149680
Attorney At Law
2 | 110 West C Street, Suite 1407
San Diego, CA 92101
3 | Telephone: 619-525-0081

4 | Attorney for the Material Witness

# United States District Court
## Southern District of California
(Hon. Nita L. Stormes)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1455BEN(NLS) |
|---|---|---|
| Plaintiff, | ) | **Proof of Service** |
| v. | ) | |
| ARA E. AVETYANTS, et al., | ) | |
| Defendants. | ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On June 9, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California, or by other delivery as noted, which may have included by placing a copy of the document(s) in an envelope (with sufficient first class postage in route for delivery by the U.S. Postal Service) to the addressee(s) noted below, as is the common practice for this business office.

**Document(s) Served**

1. Reply Points and Authorities Supporting the Motion to Take the Videotape Deposition of a Material Witness and Thereafter Release Him From Custody

**Served On**

| AUSA Rebecca Kantor | Attorney Kristin Kraus | Attorney Jodi Thorp |
|---|---|---|
| Office of the U.S. Attorney | Federal Defenders of San Diego | (served by ECF) |
| (served by ECF) | (served by ECF) | |

Attorney Garo Ghazarian
(served by e-mail)
gbglaw@sbcglobal.com

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: June 9, 2008                    S/Ned Lynch
                                       Ned Lynch

1