```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN,<br>　　　　　Defendants. | No. CR 08-1455 BEN<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE**<br><br>CURRENT DATE: 6/24/08 at 2:00 p.m.<br>PROPOSED DATE: 8/11/08 at 2:00 p.m. |

　　Defendant ARA E. AVETYANTS, by and through his attorney of record, GARO B. GHAZARIAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney REBECCA KANTER, hereby seek and stipulate to a continuance of the previously scheduled "Motion Hearing and Trial Setting Date" set for June 30, 2008, at 2:00 p.m.

　　Counsel for defendant ARA AVETYANTS is engaged in a five-count felony jury trial, in the matter of <u>The People of The State Of California v. Arman Isayan</u>, Case No. LA054082, in Los Angeles County Superior Court, Department R, before the

1

Honorable Martin Herscovitz, Los Angeles County Superior Court Judge.

Attorney KRIS J. KRAUS, counsel for defendant ASHOT BARSEGIAN, and attorney JODI D. THORP, counsel for defendant ARSEN GRISHAI MOTIVOSYAN do not object to the continuance.

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, that the hearing currently scheduled for June 30, 2008, be continued to Monday, **August 11, 2008, at 2:00 p.m.**

IT IS SO STIPULATED.

Dated: June 23, 2008          Respectfully submitted,


                              ___/s/ Garo Ghazarian_____
                              GARO B. GHAZARIAN
                              Attorney for Defendant
                              ARA E. AVETYANTS


Dated: June 26, 2008          ___/S/ Kris Kraus_____
                              KRIS J. KRAUS
                              Attorney for Defendant
                              ASHOT BARSEGIAN


Dated: June 24, 2008          _/s/ Jodi D. Thorp_____
                              JODI D. THORP
                              Attorney for Defendant
                              ARSEN MOTIVOSYAN


Dated: June 24, 2008          United States Attorney


                              ___/s/ Rebecca Kanter_____
                              REBECCA KANTER
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              UNITED STATES OF AMERICA

2