UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

```
UNITED STATES OF AMERICA,       )    No. CR 08-1455 BEN
            Plaintiff,          )
                                )
v.                              )    ORDER
                                )
ARA E. AVETYANTS, ASHOT         )
BARSEGIAN, and ARSEN GRISHAI    )
MOTIVOSYAN,                     )
            Defendants.         )
_____)
```

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the hearing date currently scheduled for June 30, 2008, at 2:00 p.m., be continued to Monday **August 11, 2008, at 2:00 p.m.**

**SO ORDERED.**

Dated:_____     _____
                                ROGER T. BENITEZ
                                UNITED STATES DISTRICT COURT JUDGE

1