1  NED LYNCH--Cal. St. Bar No. 149680
   Attorney at Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**United States District Court**

**Southern District of California**

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1455BEN(NLS) |
| Plaintiff, | **Stipulation And Joint Motion For The Release Of A Material Witness** |
| v. | |
| ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN, | |
| Defendants. | |

**Stipulation**

Ara Hakobyan is being detained as a material witness pursuant to 18 USC § 3144, and the parties agree the testimony of that witness has been adequately secured by a videotaped deposition, that further detention of this witness is unnecessary, and that it would not cause a failure of justice to release this material witness at this time.

**Joint Motion**

Plaintiff United States of America, through its counsel, United States Attorney Karen P. Hewitt and Assistant United States Attorney Rebecca S. Kanter, and Defendant Ara E. Avetyants through his counsel, Attorney Garo B. Ghazarian, and Defendant Ashot Barsegian through his counsel, Attorney Kristin J. Kraus, and Defendant Arsen Grishai Motivosyan, through his counsel,

Attorney Jodi D. Thorp, and Material Witness Ara Hakobyan, through his counsel, Attorney Ned Lynch, jointly move the court to immediately release Material Witness Ara Hakobyan from custody of the United States Marshal so he may be permitted to return to his home country.

Dated: June 27, 2008     s/Ned Lynch
Ned Lynch, Attorney for the Material Witnesses
E-mail: nedlynch@aol.com

Dated: June 27, 2008     s/Rebecca S. Kanter
Rebecca S. Kanter, Assistant U.S. Attorney
E-mail: Rebecca.Kanter@usdoj.gov

Dated: June 27, 2008     s/Garo B. Ghazarian
Garo B. Ghazarian, attorney for
Defendant Ara E. Avetyants
E-mail: gbglaw@sbcglobal.net

Dated: June 27, 2008     s/Kristin J. Kraus
Kristin J. Kraus, attorney for
Defendant Ashot Barsegian
E-mail: kris_kraus@fg.org

Dated: June 27, 2008     s/Jodi D. Thorp
Jodi D. Thorp, attorney for
Defendant Arsen Grishai Motivosyan
E-mail: jodithorp@thorplawoffice.com