**FILED**
JUL -3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _KNH_ DEPUTY

United States District Court

Southern District of California

(Hon. Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1455BEN(NLS) |
| Plaintiff, | **Order For The Release Of A Material Witness** |
| v. | |
| ARA E. AVETYANTS, et al., | |
| Defendants. | |

Order

**It Is Ordered** the U.S. Marshal shall immediately release material witness Ara Hakobyan (Fed. Reg. No. 08384-298) from custody.

Dated: 7/03/08

_____
U.S. District Judge