JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Counsel for Mr. Motivosyan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1455-BEN |
| Plaintiff, ) | |
| ) | DATE: August 11, 2008 |
| v. ) | |
| ) | TIME: 2:00 p.m. |
| ARSEN MOTIVOSYAN ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:   July 10, 2008        /s/ Jodi D. Thorp
                              JODI D. THORP
                              Counsel for Mr. Motivosyan