```
 1  LAW OFFICE OF
    GARO B. GHAZARIAN
 2  State Bar No. 152790
    15915 Ventura Blvd., Suite 203
 3  Encino, California 91436
    Tel: (818)905-6484
 4  Fax: (818)905-6481

 5  Attorney for Defendant
    ARA E. AVETYANTS
 6
                    UNITED STATES DISTRICT COURT
 7
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 8
                  (HONORABLE ROGER T. BENITEZ)
 9

10  UNITED STATES OF AMERICA,   )   No. CR 08-1455 BEN
                 Plaintiff,     )
11                              )   REQUEST FOR ORDER SHORTENING
    v.                          )   TIME; DECLARATION OF COUNSEL
12                              )   IN SUPPORT THEREOF; AND
                                )   [PROPOSED] ORDER
13  ARA E. AVETYANTS, et al.    )
                 Defendants.    )
14  _____)
```

Defendant ARA E. AVETYANTS, through counsel of record, GARO B. GHAZARIAN, hereby respectfully requests that this Court issue an order shortening time for the filing of defendant's joinder in the motions previously filed on behalf of co-defendants; and for the filing of defendant's motion to suppress evidence.  This, so that the motions can be heard on the currently scheduled date, on August 11, 2008 at 2:00 P.M.

Date: August 5, 2008              Respectfully submitted,


                                    /s/ Garo Ghazarian
                                  ─────────────────────────
                                  Garo B. Ghazarian
                                  Attorney for Defendant
                                  ARA E. AVETYANTS

1

**DECLARATION OF COUNSEL GARO B. GHAZARIAN**

1.  I am the attorney of record for defendant ARA E. AVETYANTS.

2.  The above-entitled matter is currently scheduled for motion hearing date on August 11, 2008 at 2:00 p.m.

3.  The research and investigation related to counsel's representation of the defendant in this matter took longer than it was anticipated, partially due to the fact that the case involves somewhat of a novel issue.

4.  Counsel was also engaged in a felony jury trial, in the matter of <u>People v. Arman Isayan</u>, Case No. LA054082, in Los Angeles Superior Court.

5.  In addition, counsel encountered a somewhat unusually heavy court calendar, which further contributed to the delay in the completion of research in this matter.

6.  Counsel attempted to contact Assistant U.S. Attorney Rebecca Kanter on this date to obtain the Government's position with respect to the request for an order shortening time, or in the alternative, a stipulation to continue the motion hearing date. I was unsuccessful in reaching Ms. Kanter, however I left a voice mail regarding same.

7.  Counsel's request for an order shortening time is not a dilatory tactic.  Should counsel for the Government request additional time to file a response in this matter, counsel hereby stipulates to have this Court set a new or further motions hearing date, which is convenient to the Court and all counsel in this matter.

8.   This request is being made in lieu of asking the Court to set a further motions hearing date.  However, counsel will naturally adhere to this Court's wishes in this regard.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2008                    Respectfully submitted,


                                             /s/ Garo Ghazarian
                                         Garo Ghazarian
                                         Attorney for Defendant
                                         ARA E. AVETYANTS