```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

FILED

08 AUG -7 AM 8:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ARA E. AVETYANTS, et al.<br>　　　　Defendants. | No. CR 08-1455 BEN<br><br>[~~PROPOSED~~] **ORDER FOR SHORTENING TIME** |

GOOD CAUSE APPEARING, it is hereby ordered that defendant's time for the filing of defendant's joinder in the motions previously filed on behalf of co-defendants; and for the filing of defendant's motion to suppress evidence, is shortened to allow filing on this date for hearing to be conducted on August 11, 2008 at 2:00 p.m.

Dated: 8/06/08

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE