```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN,<br>　　　　Defendants. | No. CR 08-1455 BEN<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE**<br><br>CURRENT DATE: 8/11/08 at 2:00 p.m.<br>PROPOSED DATE: 9/2/08 at 2:00 p.m. |

　　　Defendant ARA E. AVETYANTS, by and through his attorney of record, GARO B. GHAZARIAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney REBECCA KANTER, hereby seek and stipulate to a continuance of the previously scheduled "Motion Hearing and Trial Setting Date" set for August 11, 2008, at 2:00 p.m.

　　　On August 5, 2008, counsel for ARA E. AVETYANTS filed defendant's joinder in the motions previously filed on behalf of co-defendants and defendant's motion to suppress evidence.

1

1   In order to give the Government sufficient time and
2 opportunity to file its response, the parties stipulate to a
3 continuance of August 11, 2008 motion hearing date.
4   Attorney KRIS J. KRAUS, counsel for defendant ASHOT
5 BARSEGIAN, and attorney JODI D. THORP, counsel for defendant
6 ARSEN GRISHAI MOTIVOSYAN do not object to the continuance.
7   Good cause appearing therefore, **IT IS HEREBY AGREED**
8 **BETWEEN THE PARTIES**, that the hearing currently scheduled for
9 August 11, 2008, be continued to Tuesday, **September 2, 2008, at**
10 **2:00 p.m.**
11   IT IS SO STIPULATED.

Dated: August 6, 2008          Respectfully submitted,


                               ___/s/ Garo Ghazarian_____
                               GARO B. GHAZARIAN
                               Attorney for Defendant
                               ARA E. AVETYANTS


Dated: August 6, 2008          ___/S/ Kris Kraus_____
                               KRIS J. KRAUS
                               Attorney for Defendant
                               ASHOT BARSEGIAN


Dated: August 7, 2008           /s/ Jodi D. Thorp_____
                               JODI D. THORP
                               Attorney for Defendant
                               ARSEN MOTIVOSYAN


Dated: August 6, 2008          United States Attorney


                                __/s/ Rebecca Kanter_____
                               REBECCA KANTER
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA

2