UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-1455 BEN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN, | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

   **IT IS HEREBY ORDERED** upon joint motion of all the parties, that the hearing date currently scheduled for August 11, 2008, at 2:00 p.m., be continued to Tuesday **September 2, 2008, at 2:00 p.m.**

   **SO ORDERED.**


Dated:_____      _____
                              ROGER T. BENITEZ
                              UNITED STATES DISTRICT COURT JUDGE

1