```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   No. CR 08-1455 BEN
            Plaintiff,      )
                            )
v.                          )
                            )   CERTIFICATE OF SERVICE
ARA E. AVETYANTS,           )
            Defendant.      )
_____)
```

Counsel for defendant ARA E. AVETYANTS certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Rebecca Kanter
    Rebecca.Kanter@usdoj.gov

Jodi Thorp
    jodithorp@thorplawoffice.com

Kris Kraus
    Kris_Kraus@fd.org

Norma A. Aguilar
    Norma_Aguilar@fd.org

```
Dated: August 8, 2008           ___/s/ Garo Ghazarian___
                                GARO B. GHAZARIAN
                                Attorney for Defendant
                                ARA E. AVETYANTS
```

1