LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff,     )<br>                              )<br>v.                            )<br>                              )<br>ARA E. AVETYANTS,             )<br>            Defendant.    )<br>_____) | No. CR 08-1455 BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for defendant ARA E. AVETYANTS certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Rebecca Kanter
    Rebecca.Kanter@usdoj.gov

Jodi Thorp
    jodithorp@thorplawoffice.com

Kris Kraus
    Kris_Kraus@fd.org

Norma A. Aguilar
    Norma_Aguilar@fd.org

Dated: August 8, 2008              ____/s/ Garo Ghazarian_____
                                   GARO B. GHAZARIAN
                                   Attorney for Defendant
                                   ARA E. AVETYANTS

1