```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

```
UNITED STATES OF AMERICA,)   No. CR 08-1455 BEN
          Plaintiff,     )
                         )   NOTICE OF MOTIONS AND MOTIONS TO:
v.                       )   (1) JOIN IN DEFENDANT MOTIVOSYAN'S
                         )   MOTION TO DISMISS INDICTMENT DUE TO
ARA E. AVETYANTS, et al. )   MISINSTRUCTION OF THE GRAND JURY;
          Defendants.    )   (2) JOIN IN DEFENDANT MOTIVOSYAN'S
_____)   MOTION TO SUPPRESS STATEMENTS;

                             DATE: September 2, 2008
                             Time: 2:00 p.m.
```

TO: KAREN P. HEWITT, UNTIED STATES ATTORNEY, AND
    REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on September 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant ARA E. AVETYANTS, by and through his counsel of record, GARO B. GHAZARIAN, will move this Court to enter an order granting the following motions.

1

**MOTIONS**

Defendant ARA E. AVETYANTS, by and through his counsel of record, GARO B. GHAZARIAN, moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order permitting defendant AVETYANTS to:

1.  Join in co-defendant MOTIVOSYAN's motion to Dismiss Indictment Due to Misinstruction of the Grand Jury; and

2.  Join in co-defendant MOTIVOSYAN's motion to Suppress Statements;

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: August 1, 2008          Respectfully submitted,


                                   /s/ Garo Ghazarian
                                   GARO B. GHAZARIAN
                                   Attorney for Defendant
                                   ARA E. AVETYANTS