```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff,  ) <br> ) <br> v.                          ) <br> ) <br> ARA E. AVETYANTS, et al. ) <br>         Defendants.  ) <br> _____) | No. CR 08-1455 BEN <br><br> **STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS TO JOIN** <br><br> Date: September 2, 2008 <br> Time: 2:00 p.m. |

**I.**

**MOTION SEEKING JOINDER**

As it relates to the legality of the motions, defendant AVETYANTS stands equally situated as co-defendant MOTIVOSYAN and, therefore, seeks to adopt the legal arguments contained in defendant MOTIVOSYAN's motions. Based on the facts recited in Government provided discovery, both defendant AVETYANTS and co-defendant MOTIVOSYAN were alleged occupants of the relevant

vehicle. Although it may come to light that there are significant differences between their alleged involvement and the extent of such alleged involvement in the instant offense, those differences do not place them at odds as it pertains to the specific motions co-defendant AVETYANTS seeks to adopt.

First, the Grand Jury issue is a legal one that pertains to all defendants in this case. Second, as co-defendant MOTIVOSYAN points out in his motion, all three people allegedly made statements in English about the fourth person and what they were doing in the park; however, it is unclear who made what statement. Therefore, joinder by defendant AVETYANTS would be legally appropriate.

## II.

## **CONCLUSION**

For the foregoing reasons, defendant AVETYANTS respectfully requests this Court grant his motions.

Dated: August 8, 2008              Respectfully submitted,


                                    ___/s/ Garo Ghazarian_____
                                    GARO B. GHAZARIAN
                                    Attorney for Defendant
                                    ARA E. AVETYANTS

2