```
 1  LAW OFFICE OF
    GARO B. GHAZARIAN
 2  State Bar No. 152790
    15915 Ventura Blvd., Suite 203
 3  Encino, California 91436
    Tel: (818)905-6484
 4  Fax: (818)905-6481
 5
    Attorney for Defendant
 6  ARA E. AVETYANTS
 7
 8                UNITED STATES DISTRICT COURT
 9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                (HONORABLE ROGER T. BENITEZ)
11
    UNITED STATES OF AMERICA,)  No. CR 08-1455 BEN
12            Plaintiff,      )
                              )  NOTICE OF MOTIONS AND MOTIONS TO:
13  v.                        )  (1) SUPPRESS EVIDENCE AND
                              )      STATEMENTS;
14  ARA E. AVETYANTS, et al.  )  (2) GRANT LEAVE TO FILE FURTHER
15          Defendants.       )      MOTIONS; AND
                              )      MEMORANDUM OF POINTS AND
16  _____)      AUTHORITIES IN SUPPORT THEREOF
17                               DATE: September 2, 2008
                                 Time: 2:00 p.m.
18
19     TO: KAREN P. HEWITT, UNTIED STATES ATTORNEY, AND
            REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:
20
21     PLEASE TAKE NOTICE that on September 2, 2008, at 2:00

22  p.m., or as soon thereafter as counsel may be heard, defendant

23  ARA E. AVETYANTS, by and through his counsel of record, GARO B.

24  GHAZARIAN, will move this Court to enter an order granting the
25
    following motions.
26
27
28

                              1
```

**MOTIONS**

Defendant ARA E. AVETYANTS, by and through his counsel of record, GARO B. GHAZARIAN, moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1. Motion to Suppress Evidence and Statements; and
2. Grant to leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: August 1, 2008          Respectfully submitted,


                                   /s/ Garo Ghazarian
                                GARO B. GHAZARIAN
                                Attorney for Defendant
                                ARA E. AVETYANTS