```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-1455 BEN | |
|                Plaintiff,  ) | | |
|                             ) | | |
| v.                          ) | **CERTIFICATE OF SERVICE** | |
| ARA E. AVETYANTS,        ) | | |
|                Defendant.   ) | | |

Counsel for defendant ARA E. AVETYANTS certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Rebecca Kanter
    Rebecca.Kanter@usdoj.gov

Jodi Thorp
    jodithorp@thorplawoffice.com

Kris Kraus
    Kris_Kraus@fd.org

Norma A. Aguilar
    Norma_Aguilar@fd.org

Dated: August 11, 2008                  /s/ Garo Ghazarian
                                                          GARO B. GHAZARIAN
                                                          Attorney for Defendant
                                                          ARA E. AVETYANTS