```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>ARA E. AVETYANTS, 　　　　　)<br>　　　　　Defendant. 　　　　)<br>_____) | No. CR 08-1455 BEN<br><br><br><br>**CERTIFICATE OF SERVICE** |

Counsel for defendant ARA E. AVETYANTS certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Rebecca Kanter
　　　Rebecca.Kanter@usdoj.gov

Jodi Thorp
　　　jodithorp@thorplawoffice.com

Kris Kraus
　　　Kris_Kraus@fd.org

Norma A. Aguilar
　　　Norma_Aguilar@fd.org

Dated: August 11, 2008　　　　　　　____/s/ Garo Ghazarian_____
　　　　　　　　　　　　　　　　　　GARO B. GHAZARIAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　ARA E. AVETYANTS

1