```
1  JODI D. THORP
   California Bar No. 223663
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169
   jodithorp@thorplawoffice.com
4
5  Counsel for Mr. Motivosyan
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1455-BEN |
| Plaintiff, ) | |
| ) | DATE: September 2, 2008 |
| v. ) | |
| ) | TIME: 2:00 p.m. |
| ARSEN MOTIVOSYAN ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:      August 19, 2008          /s/ Jodi D. Thorp
                                     JODI D. THORP
                                     Counsel for Mr. Motivosyan