```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481

Attorney for Defendant
ARA E. AVETYANTS
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ARA E. AVETYANTS, ASHOT BARSEGIAN, and ARSEN GRISHAI MOTIVOSYAN, <br> Defendants. | No. CR 08-1455 BEN <br><br> **DEFENDANTS' ACKNOWLEDGEMENT OF SEPTEMBER 12, 2008 COURT DATE** |

I understand that my hearing currently scheduled for September 2, 2008 at 2:00 p.m. will be continued by the Court to September 12, 2008 at 2:00 p.m., and that I am ordered to appear in Courtroom 3 of the United States Courthouse, Southern District of California, 940 Front Street, San Diego, California 92101 on September 12, 2008, at 2:00 p.m.

Dated: September 2, 2008

_____
ARA E. AVETYANTS
Defendant

Dated: September 2, 2008

_____
ASHOT BARSEGIAN
Defendant

Dated: September 2, 2008

_____
ARSEN GRISHAI MOTIVOSYAN
Defendant